# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHARITY SCOTT, | Case No. 2:21-CV-03969 |
| Plaintiff, | |
| | JUDGE: SARAH D. MORRISON |
| v. | |
| A&B SALES, INC., *et al..*, | |
| Defendant. | |

**STIPULATED DISMISSAL WITH PREJUDICE**

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 5th day of November 2021.

| | |
|---|---|
| */s/ Christopher P. Wido* | */s/ Angelique Paul Newcomb* |
| Chris Wido (0090441) | Angelique Paul Newcomb (0068094) |
| The Spitz Law Firm, LLC | Littler Mendelson, P.C. |
| 25825 Science Park Dr., Suite 200 | 41 S. High Street, Suite 3250 |
| Beachwood, OH 44122 | Columbus, OH 43215 |
| Telephone: (216) 291-4744 | Telephone: (614) 463-4246 |
| Facsimile: (216) 291-5744 | Facsimile: (614) 559-6673 |
| Chris.wido@spitzlawfirm.com | anewcomb@littler.com |
| *Counsel for Plaintiff* | *Counsel for Defendants A&B Sales, Inc., Mike Ferns, and Dave Ellis* |
| | |
| | */s/ H. Devon Collins* |
| | H. Devon Collins (0095657) |
| | Dinsmore & Shohl LLP |
| | 191 W. Nationwide Blvd., Suite 300 |
| | Columbus, OH 43215 |
| | Phone: (614) 628-6880 |
| | Fax:    (614) 628-6890 |
| | Email: devon.collins@dinsmore.com |
| | *Counsel for Defendant Frank Oliver* |